TO: THE COURT CLERK
U.S. DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

CASE NO CV08-04973
JSW

FR: DAVID PERRYMAN
San Francisco County Jail No 1-H4
2214792 ←
850 Bryant Street
San Francisco, CA. 94103.

08 NOV 25 PM 2:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom,

In your last corrisponce you had my jail number incorrect. The number 2206651Z is a prior case. My present number is:

2214792

Please use this number in all future mail corrisponce. Also, could you give me an update with my claim.

Thank You
and
God Bless

David Perryman

David Perryman
SPCJ 2-H4-2214724
SAN FRANCISCO CA 941
850 Bryant ST   24 NOV 2008 PM 7 L
San Francisco, CA 94103

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA. 94102
08-cv-04973