JSW.CV.08.4973

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

CASE NO JSW CV 08 4973

FR: DAVID PERRYMAN
SAN FRANCISCO COUNTY JAIL NO 2. H4/2214792
850 BRYANT
SAN FRANCISCO, CA

RECEIVED
DEC 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## 1) EVIDANCE IN SUPPORT OF CLAIM

A) Attached is a document that shows I was interviewed by Internal Affairs which is investigating my claim incident. I am requesting this consider obtaining a copy of video interview, and the outcome of there investigation.

B) On 12-24-2008 I was seen by doctor BoI (chief medical doctor at S.F. General Hospital emergency room) who determined I needed to see a nerve doctor to determine extent of nerve damage. (see attach)

C) On 12-24-2008 I was seen by nurse Susan at the jail who prescribed elevile for pain. She stated she was sure my nerve damage was due to the handcuffing (obtain medical records)



Sgt. Colmenero/
Sgt. Quanico

CITY AND COUNTY OF SAN FRANCISCO
SHERIFF'S DEPARTMENT
MICHAEL HENNESSEY, SHERIFF
CITY HALL, ROOM 456
1 DR CARLTON B GOODLETT PL.
SAN FRANCISCO, CA 94102-4676

INVESTIGATIVE SERVICES UNIT
25 VAN NESS AVENUE, #350
SAN FRANCISCO, CA 94102
TEL (415) 554-2380

SGT Colmenro
Internal affairs

SGT Quanigo
Internal affairs

Jim Harrington
Attorney for
Sheriff

David Perryman
S.F. County Jail NO 1/H4
2214792
850 Bryant Street
San Francisco, CA. 94103

Mother
Betty Jones
415-587-0715

Eva/or other
to leave message
Northern California Service
League  415-552-9250

On December 12, 2008 I was seen by the San Francisco Sheriffs Department Internal affairs Division. I was video taped interviewed for the excessive force by Sheriff Deputys on September 5th, 2008, while being a heart patient. If anyone needs to see the video or the out come of there report please contact me, and I will sign a release

SAN FRANCISCO GENERAL HOSPITAL EMERGENCY DEPARTMENT (ED)
MEDICAL CENTER (SFGMC)
1001 Potrero Avenue, San Francisco, CA 94110 (415) 206-8111

☑ ED AFTERCARE INSTRUCTIONS

RESTRICTIONS/RELEASE NOTE

PERRYMAN, DAVID
08/22/1962  M  00768549 E 6

EXHIBIT 9

254907128  11/08/08
603

Name: _____
Was seen at SFGHMC-ED on _____
☐ You may return to work/school
☐ No work/school until _____
   if unable to work at this time, see a private
   physician or your provider or return to the ED
☐ Modified work/no PE for _____ days
☐ Restrictions: _____
_____
_____
_____

☐ No specific restrictions
☐ No use of affected part until seen in follow-up

NAME
DOB
MRN
PCP

Patient ID/Addressograph     DATE _____

| Drug | Strength | Quantity | Instructions |
|------|----------|----------|--------------|
|      |          |          |              |
|      |          |          |              |
|      |          |          |              |
|      |          |          |              |
|      |          |          |              |
|      |          |          |              |

Special Instructions
☐ Spanish  ☐ Chinese  ☐ Prepack  ☐ No Safety  ☐ No Generic

Physician Name (Print) & Signature          Prescriber name (Print) & Signature     CHN#     CA Lic#

                                            Co-Sign Name (Print) & Signature    CHN#   CA Lic#   DEA #

**PATIENT**                                                     **PHARMACY**

You have been given an emergency diagnosis only. IF YOU ARE NO BETTER IN 24-48 HOURS OR IF YOUR SYMPTOMS WORSEN AT ANY TIME, YOU SHOULD SEE YOUR DOCTOR OR RETURN TO THE EMERGENCY DEPARTMENT. IF YOU ARE NOT BACK TO NORMAL IN 7 DAYS, SEE YOUR DOCTOR OR RETURN TO THE EMERGENCY DEPARTMENT. IF YOUR ILLNESS OR INJURY WAS WORK RELATED, FOLLOW YOUR EMPLOYER'S POLICY FOR FOLLOW UP. Bring this sheet with you at follow up.

Your ED Attending was: _____   Problem/Diagnosis: _____
These tests have been performed and will need follow up by your provider: _____
Discharge Instructions for the following conditions have been given: _____
Additional or Specific Instructions:
_____
_____

Aftercare Instructions (see back of page): ☐ Wound Care / Sutures  ☐ Stomach Flu  ☐ Sprains / Bruises  ☐ Neck / Back Pain  ☐ Head Injury
☐ Colds / Bronchitis / Asthma / Emphysema

Discharge Adjunct(s): ☐ Interpreter  ☐ Social Service  ☐ Domestic Violence  ☐ Other: _____
☐ See your doctor or managed care provider in _____ days.

|  | Date | Appointment |  | Date | Appointment |
| Follow Up Clinic | Requested | Date | Follow Up Clinic | Requested | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ An appointment with the CHN is not available, call _____ clinic for an appointment in _____ days.

I have received and understand the discharge instructions given to me.

_____    _____    _____
Signature                       Relationship (self/parent/guardian)   Date

Provider: _____    _____    _____    (415) 206-81
          Print name             Signature and title                Date    ED phone #

5778835. F788F (Rev. 08/01)    **DEPARTMENT**

REQUEST FOR AN ATTORNEY

My health conditions are becoming to extreme for me to pursue this claim on my own. especially my hart condition. Its to stressfull. makes my hart beat fast, I become to dizzy and hae to stop - like at this present time.

And my thumbs, Its becoming to difficult to write - for long piorcel

Please I Need an attorney

DAVID Perralman
Pro-Se Petitioner