IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. PERRYMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | No. C 08-4973 JSW (PR)<br><br>**ORDER OF RECUSAL, GRANTING EXTENSION AND INSTRUCTIONS TO THE CLERK**<br><br>**(Docket No. 11)** |

　　　　I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan. The Clerk of the Court is hereby DIRECTED to reassign the case to another judge. In light of this Court's recusal, no ruling will be made on Plaintiff's pending motions seeking appointment of counsel. However, Plaintiff's request for an extension of time is GRANTED (docket no. 11). Plaintiff is provided until 60 days from the date of this order to comply with the Court's order of dismissal with leave to amend (docket no. 8).

　　　　**IT IS SO ORDERED.**

DATED: June 30, 2009

　　　　　　　　　　　　　　　　*Jeffrey S. White*
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 6 | DAVID S. PERRYMAN, | Case Number: CV08-04973 JSW |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | SAN FRANCISCO SHERIFF DEPARTMENT et al, | |
| 11 | Defendant.           / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S. Perryman Prisoner Id 2214792
San Francisco County Jail # 2
850 Bryant Street
San Francisco, CA 94103

Dated: June 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk