**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID S. PERRYMAN,                    No. C-08-4973 TEH (PR)

12            Plaintiff,

13        v.                              ORDER OF DISMISSAL

14   SAN FRANCISCO SHERIFF'S
     DEPARTMENT,                          (Doc. #18)
15
16            Defendant.

17   _____/

18        Plaintiff, a prisoner incarcerated at the San Francisco

19   County Jail, filed this pro se civil rights action pursuant to 42

20   U.S.C. § 1983 complaining about the use of excessive force and

21   inadequate medical care and diet he received at the jail.

22   Specifically, Plaintiff alleges that on September 5, 2008, the San

23   Francisco Sheriff's Department used excessive force while moving him

24   to a psychological housing unit despite his informing jail officials

25   that he had suffered a heart attack and needed medication.

26   Plaintiff also contends that the cell move aggravated his heart

27   condition, that he was moved to housing inappropriate for someone in

28   his condition, and that he has been served a diet inappropriate for

1   his medical needs.  Doc. #1.

2        On April 8, 2009, the Court (Jeffrey S. White, J.)

3   dismissed the Complaint with leave to amend within thirty (30) days,

4   because Plaintiff failed to set forth specific allegations regarding

5   the mistreatment he suffered at the hands of any particular

6   defendant and how any particular defendant proximately caused the

7   deprivation of his federally-protected rights.  Plaintiff was

8   advised that failure to file a proper amended complaint within the

9   designated time would result in dismissal of the action.  Doc. #8.

10        On July 1, 2009, this action was reassigned to the

11  undersigned following an Order of Recusal issued by Judge White.

12  Doc. ## 15 & 16.  Because Plaintiff still had not filed an amended

13  complaint, in the Order of Recusal, the Court granted Plaintiff an

14  additional sixty (60) days by which to file an amended complaint.

15  Doc. #15.  Plaintiff's amended complaint was due on August 31, 2009.

16        Five months have elapsed since Plaintiff's initial

17  Complaint was dismissed with leave to amend; almost forty days have

18  elapsed since Plaintiff was granted an additional sixty days by

19  which to file an amended complaint wherein he corrected the pleading

20  deficiencies initially noted by the Court in its April 8, 2009

21  order.  See Doc. ## 8 & 15.  Plaintiff, however, has failed to file

22  either an amended complaint or a request for an extension of time to

23  do so.  Accordingly, the action is DISMISSED without prejudice.

24  //

25  //

26  //

27

28                                  2

1     The Clerk shall terminate all pending motions as moot and

2  close the file.

3

4

5          IT IS SO ORDERED.

6

   DATED     10/08/09          _____

7                              THELTON E. HENDERSON
                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\TEH\CR.08\Perryman-08-4973-order of dismissal.wpd

27

28                                    3