IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. C-08-4973 TEH (PR) |
| Plaintiff, | No. C-10-3174 TEH (PR) |
| v. | No. C-10-4125 TEH (PR) |
| SAN FRANCISCO SHERIFF'S DEPT., et. al., | No. C-10-4903 TEH (PR) |
| Defendant(s). | ORDER |

Pro se Plaintiff David Perryman presently has three actions pending in this Court, all of which are civil rights complaints under 42 U.S.C. § 1983 against the San Francisco Sheriff's Department ("SFSD"). All three actions contain substantially similar allegations that SFSD deputies were deliberately indifferent to Plaintiff's serious medical needs while he was a pre-trial detainee at the San Francisco County Jail and that they used excessive force against him while transporting him from one cell to another. See Perryman v. San Francisco Sheriff's Dep't., No. C-10-3174 TEH (filed July 20, 2010); Perryman v. San Francisco Sheriff's Dep't., No. C-10-4125 TEH (filed Sept. 14,

1  2010); <u>Perryman v. San Francisco Sheriff's Dep't.</u>, No. C-10-4903 TEH
2  (filed Oct. 28, 2010).  These three actions are strikingly similar –
3  if not outright identical – to earlier actions Plaintiff filed that
4  ultimately were dismissed for failure either to pay the filing fee
5  or submit a completed in forma pauperis application and for failure
6  to prosecute.  <u>See</u> <u>Perryman v. San Francisco Sheriff's Dep't.</u>, No.
7  C-08-4973 TEH (filed Oct. 30, 2008) (failure to prosecute); <u>Perryman
8  v. San Francisco Sheriff's Dep't.</u>, No. C-10-1419 TEH (filed April 5,
9  2010) (failure to pay filing fee/submit timely completed in forma
10 pauperis application).
11         After carefully reviewing all documents filed in the three
12 pending actions, as well as the documents filed in the two closed
13 actions, and good cause appearing, the Court orders as follows:
14        1.  The actions filed as <u>Perryman v. San Francisco
15 Sheriff's Dep't.</u>, No. C-10-3174 TEH (filed July 20, 2010), <u>Perryman
16 v. San Francisco Sheriff's Dep't.</u>, No. C-10-4125 TEH (filed Sept.
17 14, 2010) and <u>Perryman v. San Francisco Sheriff's Dep't.</u>, No. C-10-
18 4903 TEH (filed Oct. 28, 2010) are DISMISSED.  The clerk is directed
19 to terminate any pending motions in these actions and close the
20 files.
21 //
22 //
23 //
24 //
25 //
26 //
27
28

2.  The clerk is directed to VACATE the judgment in the action filed as <u>Perryman v. San Francisco Sheriff's Dep't.</u>, No. C-08-4973 TEH (filed October 30, 2008) (Doc. #21) and REOPEN the action.  An initial order regarding this action will issue shortly.

IT IS SO ORDERED.

DATED  *1/5/11*                              /s/ Thelton E. Henderson
                                             THELTON E. HENDERSON
                                             United States District Judge

G:\PRO-SE\TEH\CR.10\Perryman-10-3174-4125-4903.wpd